UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY P. DEL RIO, ) | NO. CV 07-3089 AGR |
|          Plaintiff, ) | |
|     vs. ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of ) Social Security Administration, ) | |
|          Defendant. ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: May 20, 2007

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE